IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00353-RBJ

NANCY RUMER BEAUDRY, Independent Executrix of
The Estate of Harry R. Beaudry, deceased,

    Plaintiff,

v.

FIRST NATIONAL BANK OF THE ROCKIES, a Colorado banking institution,
KAUA'I VENTURE, LLC, a Colorado limited liability company,
DESERT LILY ESTATES, LLC, a Colorado limited liability company,
PINENEEDLE DEVELOPMENT, LLC, a Colorado limited liability company,
TRACY ENTERPRISES, INC., a Colorado corporation,
MICHAEL A. TRACY, individually, and
JACK BLANTON, individually,

    Defendants.

---

ORDER PURSUANT TO C.R.C.P. 105(f)(2) and C.R.S. § 38-35-110(2)(a)(II)

---

    The Court having considered the Unopposed Motion filed by Plaintiff, and being fully advised in the mater, hereby Orders that the property described in the Lis Pendens filed in this matter on April 8, 2013 and recorded with the Clerk and Recorder for Gunnison County, Colorado at Reception No. 619428, as of the date of this Order and as described in Exhibit A attached, will not be affected by any judgments as to the claims and requests for relief still pending as between the Plaintiff and the Defendants. Further, it is Ordered that pursuant to C.R.S. § 38-35-110(2)(a)(II), the Notice of Lis Pendens shall expire 45 days following the entry of this Order and that the Clerk of the Court shall issue a Clerk's Certificate Pursuant to C.R.S. § 38-35-110 (3)(a) in the form attached to this Order.

2

DATED this 6th day of December, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge