IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00353-RBJ-MEH

NANCY RUMER BEAUDRY, Independent Executrix of the Estate of Harry R. Beaudry,

    Plaintiff,

v.

FIRST NATIONAL BANK OF THE ROCKIES,
KAUA'I VENTURE, LLC,
DESERT LILY ESTATES, LLC,
PINENEEDLE DEVELOPMENT, LLC,
TRACY ENTERPRISES, INC.,
MICHAEL A. TRACY, and
JACK BLANTON,

    Defendants.

---

## RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

**Michael E. Hegarty, United States Magistrate Judge**.

This matter comes before the Court *sua sponte*. On February 19, 2014, this Court assisted the parties in reaching a settlement of all claims in this case. During the February 19, 2014 settlement conference, the parties reached an agreement requiring six additional months for the parties to fully perform their obligations and, thus, for the settlement to be finalized. Therefore, in light of the Court's discussion with the parties, the Court respectfully RECOMMENDS that the deadlines contained in the Order Setting Trial and Trial Preparation Conference [Docket #50], including the trial date, be **stayed** temporarily until August 19, 2014. This Recommendation is made with the express consent of the parties.[1]

---

[1] Be advised that all parties shall have fourteen (14) days after service hereof to serve and file any written objections in order to obtain reconsideration by the District Judge to whom this

Respectfully submitted at Denver, Colorado, this 20th day of February, 2014.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge

---

case is assigned.  Fed. R. Civ. P. 72.  The party filing objections must specifically identify those findings or recommendations to which the objections are being made.  The District Court need not consider frivolous, conclusive or general objections.  A party's failure to file such written objections to proposed findings and recommendations contained in this report may bar the party from a de novo determination by the District Judge of the proposed findings and recommendations.  *United States v. Raddatz*, 447 U.S. 667, 676-83 (1980); 28 U.S.C. § 636(b)(1).  Additionally, the failure to file written objections to the proposed findings and recommendations within fourteen (14) days after being served with a copy may bar the aggrieved party from appealing the factual findings of the Magistrate Judge that are accepted or adopted by the District Court.  *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *Niehaus v. Kansas Bar Ass'n*, 793 F.2d 1159, 1164 (10th Cir. 1986).