IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No 13-cv-00353-RBJ

THE ESTATE OF HARRY R. BEAUDRY, a Texas estate,

    Plaintiff,

v.

FIRST NATIONAL BANK OF THE ROCKIES, a Colorado banking institution,
KAUA'I VENTURE, LLC, a Colorado limited liability company,
DESERT LILY ESTATES, LLC, a Colorado limited liability company,
PINENEEDLE DEVELOPMENT, LLC, a Colorado limited liability company,
TRACY ENTERPRISES, INC., a Colorado corporation,
MICHAEL A. TRACY, individually, and
JACK BLANTON, individually,

    Defendants.

---

ORDER OF DISMISSAL WITH PREJUDICE
AS TO FIRST NATIONAL BANK OF THE ROCKIES

---

This matter is before the Court on the Stipulated Motion for Dismissal With Prejudice filed April 14, 2014. After reviewing the Motion and record, I conclude that the Motion should be approved and this action should be dismissed with prejudice as against First National Bank of the Rockies.

THEREFORE, IT IS ORDERED that the Stipulated Motion for Dismissal With Prejudice filed on April 14, 2014 is approved, with each party to be responsible for its own attorneys' fees and costs.

DATED this 14th day of April, 2014.

                                            BY THE COURT:

2

_____

R. Brooke Jackson
United States District Judge