IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00353-RBJ

THE ESTATE OF HARRY R. BEAUDRY, a Texas estate,

    Plaintiff,

v.

FIRST NATIONAL BANK OF THE ROCKIES, a Colorado banking institution,
KAUA'I VENTURE, LLC, a Colorado limited liability company,
DESERT LILY ESTATES, LLC, a Colorado limited liability company,
PINENEEDLE DEVELOPMENT, LLC, a Colorado limited liability company,
TRACY ENTERPRISES, INC., a Colorado corporation,
MICHAEL A. TRACY, individually, and
JACK BLANTON, individually,

    Defendants.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

This matter comes before the Court as a Stipulation of Dismissal with Prejudice among Plaintiff NANCY RUMER BEAUDRY and Defendants KAUA'I VENTURE, LLC, a Colorado limited liability company; DESERT LILY ESTATES, LLC, a Colorado limited liability company; PINENEEDLE DEVELOPMENT, LLC, a Colorado limited liability company; TRACY ENTERPRISES, INC., a Colorado corporation; MICHAEL A. TRACY, individually and JACK BLANTON, individually. The Court having reviewed the Stipulation, the contents of the file, and being otherwise fully advised in the premises, hereby ORDERS as follows:

The Parties' Stipulation of Dismissal with Prejudice is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his/her or its own attorney's fees and costs.

2

DATED this 26th day of September, 2014.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge